**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-2149**

———————

DANIEL HUBERT ROSS; AUDREY DELORIS ROSS,

              Plaintiffs - Appellants,

        v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security
Administration in their individual person and official
capacity,

              Defendant – Appellee,

        and

R. JEFFRIES BROXTON, Field Office Manager in their
individual person and official capacity; SOCIAL SECURITY
ADMINISTRATION, their successors or persons Acting at their
behest,

              Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Senior District
Judge.  (8:14-cv-02967-DKC)

———————

Submitted:  February 23, 2016       Decided:  February 25, 2016

———————

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Daniel Hubert Ross, Audrey Deloris Ross, Appellants Pro Se. Matthew Paul Phelps, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Hubert Ross and Audrey Deloris Ross appeal the district court's order accepting the recommendation of the magistrate judge and dismissing their civil action. We have reviewed the record and find no reversible error. Accordingly, we grant the motions to proceed in forma pauperis and affirm for the reasons stated by the district court. <u>Ross v. Colvin</u>, No. 8:14-cv-02967-DKC (D. Md. Aug. 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>